_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:22-cv-09430-FWS-ADS                   Date: May 9, 2023
Title: Daniel Hampton et al v. The City of Pomona Police Department *et al.*

_____

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

      On December 28, 2022, Plaintiffs Daniel Hampton and Chrissy Jenkins ("Plaintiffs") filed Requests to Proceed In Forma Pauperis ("IFP Requests"). (Dkts. 2, 3.) On January 12, 2023, the court denied Plaintiffs' IFP Requests. (Dkt. 6.) On March 16, 2023, Plaintiffs filed a Request for Extension for Waiver of Fees ("Request for Extension"). (Dkt. 7.) On April 4, 2023, the court granted Plaintiffs' Request for Extension and ordered Plaintiffs to pay the applicable filing fee on or before May 3, 2023. (Dkt. 8.) At this juncture, the court has received no further filings from Plaintiffs and the May 3, 2023, deadline for paying the filing fee has passed. (*See generally* Dkt.)

      Accordingly, the court hereby **ORDERS** Plaintiffs to show cause in writing no later than **May 23, 2023**, why this action should not be dismissed for lack of prosecution. Failure to adequately comply with the court's order may result in dismissal. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted."); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[C]ourts may dismiss under Rule 41(b) sua sponte, at least under certain circumstances."); *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984) ("It is within the inherent power of the court to sua sponte dismiss a case for lack of prosecution.").

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:22-cv-09430-FWS-ADS              Date: May 9, 2023
Title: Daniel Hampton et al v. The City of Pomona Police Department *et al.*

**IT IS SO ORDERED.**

Initials of Deputy Clerk:  mku