UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:22-09430 FWS (ADS)                                       Date:  October 18, 2023

Title:  *Hampton, et al. v. City of Pomona Police Dep't, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|     Kristee Hopkins     |     None Reported     |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| :---: | :---: |
| None Present | None Present |

**Proceedings:**  **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS**

On May 23, 2023, the Court issued an Order Regarding Service that informed Plaintiffs that they had ninety days to file proofs of service reflecting service upon each defendant. (Dkt. No. 14.) Plaintiffs filed two requests for extensions of time to complete service, which the Court denied because the ninety days allotted for service had not passed. (Dkt. Nos. 13, 15, 18-19.) On August 29, 2023, Plaintiffs filed a third request for an extension of time to serve defendants. (Dkt. No. 20.) The Court granted that request, but warned Plaintiffs that service must be completed by October 16, 2023, absent a showing of good cause. (Dkt. No. 24.) The deadline has passed and Plaintiffs have not filed proofs of service.

Plaintiffs are hereby **ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and obey court orders**. Plaintiffs must file a written response by no later than **November 1, 2023**. Plaintiffs may also respond to this Order to Show Cause by filing proofs of service.

Plaintiffs are expressly warned that failure to timely file a response to this Order to Show Cause may result in a recommendation to the District Judge that this action be

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:22-09430 FWS (ADS)                              Date:  October 18, 2023

Title:  *Hampton, et al. v. City of Pomona Police Dep't, et al.*

dismissed without prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b)

**IT IS SO ORDERED.**

Initials of Clerk kh