UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:22-09430 FWS (ADS)                                Date:  April 1, 2024

Title:  *Hampton, et al. v. City of Pomona Police Dep't, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On February 22, 2024, Plaintiffs Daniel Hampton and Chrissy Jenkins filed a Second Amended Complaint ("SAC").  (Dkt. No. 46.)  Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants' time respond to the SAC was by no later than March 7, 2024.  To date, only Defendant City of Pomona Police Department has filed a response to the SAC.  Plaintiffs have not requested entry of default against the defendants who have failed to timely respond to the SAC.

Plaintiffs are hereby **ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute**.  Plaintiffs must file a written response by no later than **April 15, 2024**.

Plaintiffs are expressly warned that failure to timely file a response to this Order to Show Cause may result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Initials of Clerk kh