UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:22-09430 FWS (ADS)                                            Date: August 9, 2024

Title: *Daniel Hampton, et al. v. City of Pomona Police Department, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):           Attorney(s) Present for Defendant(s):
None Present                                                     None Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AGAINST INDIVIDUAL DEFENDANTS FOR FAILURE TO PROSECUTE**

On December 28, 2022, plaintiffs Daniel Hampton and Chrissy Jenkins ("Plaintiffs"), proceeding pro se, filed a complaint asserting civil rights violations pursuant to 42 U.S.C. § 1983 against numerous defendants. (Dkt. No. 1.) On May 3, 2023, Plaintiffs paid the filing fee. (Dkt. No. 11.)

On May 23, 2023, the Court issued an Order Regarding Service informing Plaintiffs that they had ninety days to file proofs of service reflecting service upon each defendant. (Dkt. No. 14.) Plaintiffs filed two requests for extensions of time to complete service, which the Court denied because the ninety days allotted for service had not passed. (Dkt. Nos. 13, 15, 18-19.) On August 29, 2023, Plaintiffs filed a third request for an extension of time to serve defendants. (Dkt. No. 20.) The Court granted the request, but warned Plaintiffs that service must be completed by October 16, 2023, absent a showing of good cause. (Dkt. No. 24.) On October 23, 2023, Plaintiffs filed proofs of service that reflected service of the complaint upon two defendants only. (Dkt. Nos. 26, 27.) To date, Plaintiffs had not filed proofs of service upon defendants Vincent Vizcaino, Micheal Sutton, Juan Davalos, Emily Chautla, Vanessa Herrera, Brittany Harrington, Lorena Fernandez, or Melissa Verduzco (the "Individual Defendants").

Plaintiffs are ordered to show cause why this case should not be dismissed against the Individual Defendants for failure to prosecute and obey court orders.

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:22-09430 FWS (ADS)                                         Date:  August 9, 2024

Title:  *Daniel Hampton, et al. v. City of Pomona Police Department, et al.*

**Plaintiffs must file a written response by no later than August 20, 2024.**
Plaintiffs may also respond to this Order to Show Cause by filing proofs of service.

 Plaintiffs are expressly warned that failure to timely file a response to this Order to Show Cause may result in a recommendation to the District Judge that this action be dismissed without prejudice against the Individual Defendants for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).

 **IT IS SO ORDERED.**

Initials of Clerk kh