<table>
<tr><td>1</td><td></td><td></td></tr>
<tr><td>2</td><td></td><td></td></tr>
<tr><td>3</td><td></td><td></td></tr>
<tr><td>4</td><td></td><td></td></tr>
<tr><td>5</td><td></td><td></td></tr>
<tr><td>6</td><td></td><td></td></tr>
<tr><td>7</td><td></td><td></td></tr>
<tr><td>8</td><td colspan="2" align="center">UNITED STATES DISTRICT COURT</td></tr>
<tr><td>9</td><td colspan="2" align="center">CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr><td>10</td><td></td><td></td></tr>
<tr><td>11</td><td>DANIEL HAMPTON, et al.,</td><td>Case No. 2:22-09430 FWS (ADS)</td></tr>
<tr><td>12</td><td>Plaintiffs,</td><td></td></tr>
<tr><td>13</td><td>v.</td><td>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</td></tr>
<tr><td>14</td><td>THE CITY OF POMONA POLICE DEPARTMENT, et al.,</td><td></td></tr>
<tr><td>15</td><td>Defendants.</td><td></td></tr>
<tr><td>16</td><td></td><td></td></tr>
<tr><td>17</td><td></td><td></td></tr>
</table>

18  Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint, (Dkt.
19  No. 1), and the Report and Recommendation of United State Magistrate Judge, (Dkt.
20  No. 13.) No objections were filed, and the time to do so has passed. The Court accepts
21  the findings and recommendations of the Magistrate Judge.
22  / / /
23  / / /
24  / / /

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 71);

2. The action is dismissed without leave to amend;

3. Judgment is to be entered accordingly.

DATED: November 7, 2024

Honorable Fred W. Slaughter
UNITED STATES DISTRICT JUDGE