JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HAMPTON, et al., | Case No. 2:22-09430 FWS (ADS) |
| Plaintiffs, | |
| v. | JUDGMENT |
| THE CITY OF POMONA POLICE DPEARTMENT, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed in its entirety.

DATED: November 7, 2024

_____
Honorable Fred W. Slaughter
UNITED STATES DISTRICT JUDGE